# UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| JOEL CHRISTOPHER SIMCOX, | ) | |
| | ) | |
| Petitioner, | ) | 1:05CV289 |
| | ) | 1:03CR248-1 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O-R-D-E-R

On January 23, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.[1]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

---

[1] Petitioner has filed both an Objection and a Request (docket nos. 7 & 8). The court has considered these filings in its de novo review, but they do not change the outcome. The clerk is DIRECTED to note that those filings are terminated.

**IT IS HEREBY ORDERED** that Petitioner's motion to vacate, set aside or correct sentence [Pleading no. 1] be **DENIED** and that this action be dismissed with prejudice. A judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

                                            /s/ *[signature]*
                                         UNITED STATES DISTRICT JUDGE

DATE: March 3, 2006